IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHARAOH OJORE NKOSI,**     :  <br>          Petitioner                       : <br>                                                  : <br>          v.                                     : <br>                                                  : <br> **WARDEN FCI-ALLENWOOD LOW,** : <br>          Respondent                    : | No. 1:21-cv-02166 <br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 10th day of November 2022, upon consideration of <u>pro se</u> Petitioner Pharaoh Ojore Nkosi, a/k/a Brian Keith Garries ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's 28 U.S.C. § 2241 petition (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for reconsideration (Doc. No. 9) is **DENIED as moot**; and

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania